**Order entered March 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01753-CV

**TODD PRUETT, Appellant**

**V.**

**LISA CLAYTON, M.D., Appellee**

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-14518

## ORDER

By order entered February 6, 2014, we referred appellant's affidavit of indigence to the trial court and directed Dallas County District Clerk Gary Fitzsimmons to file, no later than March 4, 2014, either (1) a supplemental clerk's record containing a copy of any contests to the affidavit of indigence and any order on the contests or (2) written verification that no contests were filed. Although Mr. Fitzsimmons has not filed the requested verification, the main clerk's record has been filed without advance payment of costs. That record reflects the affidavit was received and no contest was filed. Additionally, the reporter has filed her record without advance payment of costs. Accordingly, the requested verification is no longer necessary.

Because the appellate record has been filed, appellant's brief is due within thirty days. *See* TEX. R. APP. P. 38.6.  However, appellant has filed a motion to extend time to file his brief. Although he does not specify the length of the extension he is seeking, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than May 5, 2014.


/s/    ELIZABETH LANG-MIERS
        JUSTICE